

# Payment History

## CUSTOMER INFORMATION

| | | |
|---|---|---|
| **Account:** TX,SI,GOLD LOAN (NEW) | **Address1:** 20306 KNOLLS SPRING TRL | **Home Phone:** |
| **Dealer:** - AZ MOTORS INC | **Address2:** | |
| **Customer:** WALLER, SUSANN | **City State Zip:** KATY, TX 77450 | |

## ACCOUNT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Contract Dt:** | 6/26/21 | **Current Bal:** | 16,460.35 | **Last Pmt Dt:** | 2/10/22 |
| **Active Dt:** | 6/29/21 | **Late Chg Bal:** | 0.00 | **Next Due Dt:** | 3/10/22 |
| **Term:** | 66 | **NSF Bal:** | 0.00 | **First Due Dt:** | 8/10/21 |
| **Paid Term:** | 7 | **Other Bal:** | 0.00 | **Rate:** | 12.99 |
| **Opening Bal:** | 17,564.10 | **Total Bal:** | 0.00 | **APR:** | 12.99 |

## ACCOUNT DETAIL

| Post Dt | Txn Dt | Description | Amount | Mode | Reason | Reference | Balance Amt |
|---|---|---|---|---|---|---|---|
| 6/29/21 | 6/26/21 | ACTIVE | 0.00 | | NONE INTERNAL | | 0.00 |
| 6/29/21 | 6/26/21 | FND CASH SALES/ ADVANCE AMOUNT | 16,269.10 | | NONE INTERNAL | | 0.00 |
| 6/29/21 | 6/26/21 | FND SERVICE CONTRACT RETAIL | 1,295.00 | | NONE INTERNAL | | 0.00 |
| 6/29/21 | 6/26/21 | LOAN RECEIVABLES | 17,564.10 | | NONE INTERNAL | | 17,564.10 |
| 7/21/21 | 7/21/21 | BILL/DUE DATE | 375.68 | | NONE INTERNAL | | 17,564.10 |
| 7/26/21 | 7/26/21 | INSURANCE EXPIRED | 0.00 | | NONE INTERNAL | | 17,564.10 |
| 8/17/21 | 8/17/21 | INTEREST ACCRUAL | 325.05 | | NONE INTERNAL | | 17,564.10 |
| 8/17/21 | 8/17/21 | PAYMENT (Y) | 375.68 | ONETIMEACH | CUSTOMER PAYMENT | 21229260000018 | 17,513.47 |
| | | - INTEREST BILLED | 325.05 | | | | |
| | | - ADV / PRIN BILLED | 50.63 | | | | |

Jul 12, 2022 9:51 AM

| Post Dt | Txn Dt | Description | Amount | Mode | Reason | Reference | Balance Amt |
|---|---|---|---|---|---|---|---|
| 8/21/21 | 8/21/21 | BILL/DUE DATE | 375.68 | | NONE INTERNAL | | 17,513.47 |
| 8/26/21 | 8/26/21 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 17,513.47 |
| 9/21/21 | 9/20/21 | BILL/DUE DATE | 375.68 | | NONE INTERNAL | | 17,513.47 |
| 9/26/21 | 9/26/21 | LATE CHARGE | 18.78 | | NONE INTERNAL | | 17,513.47 |
| 10/11/21 | 10/11/21 | INTEREST ACCRUAL | 342.81 | | NONE INTERNAL | | 17,513.47 |
| 10/11/21 | 10/11/21 | PAYMENT (Y) | 375.68 | PAYNEARME - AGENT - ACH | CUSTOMER PAYMENT | 885987718877 | 17,480.60 |
| | | - INTEREST BILLED | 342.81 | | | | |
| | | - ADV / PRIN BILLED | 32.87 | | | | |
| 10/11/21 | 10/11/21 | INTEREST ACCRUAL | 0.00 | | NONE INTERNAL | | 17,480.60 |
| 10/11/21 | 10/11/21 | PAYMENT (Y) | 18.78 | PAYNEARME - AGENT - ACH | CUSTOMER PAYMENT | 885987718877 | 17,480.60 |
| | | - LATE CHARGE | 18.78 | | | | |
| 10/16/21 | 10/16/21 | INTEREST ACCRUAL | 31.11 | | NONE INTERNAL | | 17,480.60 |
| 10/16/21 | 10/16/21 | PAYMENT (Y) | 375.68 | ACI - AGENT - ACH | CUSTOMER PAYMENT | 863465812 | 17,136.03 |
| | | - INTEREST BILLED | 31.11 | | | | |
| | | - ADV / PRIN BILLED | 344.57 | | | | |
| 10/21/21 | 10/21/21 | BILL/DUE DATE | 375.68 | | NONE INTERNAL | | 17,136.03 |
| 10/26/21 | 10/26/21 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 17,136.03 |
| 11/15/21 | 11/15/21 | INTEREST ACCRUAL | 182.96 | | NONE INTERNAL | | 17,136.03 |
| 11/15/21 | 11/15/21 | PAYMENT (Y) | 375.68 | ACI - AGENT - CC | CUSTOMER PAYMENT | 874698365 | 16,943.31 |
| | | - INTEREST BILLED | 182.96 | | | | |
| | | - ADV / PRIN BILLED | 192.72 | | | | |
| 11/20/21 | 11/20/21 | BILL/DUE DATE | 375.68 | | NONE INTERNAL | | 16,943.31 |
| 11/26/21 | 11/26/21 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 16,943.31 |

Jul 12, 2022 9:51 AM

| Post Dt | Txn Dt | Description | Amount | Mode | Reason | Reference | Balance Amt |
|---|---|---|---|---|---|---|---|
| 12/17/21 | 12/17/21 | INTEREST ACCRUAL | 192.96 | | NONE INTERNAL | | 16,943.31 |
| 12/17/21 | 12/17/21 | PAYMENT (Y) | 375.68 | ACI - IVR - ACH | CUSTOMER PAYMENT | 884933208 | 16,760.59 |
| | | - ADV / PRIN BILLED | 182.72 | | | | |
| | | - INTEREST BILLED | 192.96 | | | | |
| 12/21/21 | 12/21/21 | BILL/DUE DATE | 375.68 | | NONE INTERNAL | | 16,760.59 |
| 12/26/21 | 12/26/21 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 16,760.59 |
| 1/21/22 | 1/21/22 | BILL/DUE DATE | 375.68 | | NONE INTERNAL | | 16,760.59 |
| 1/26/22 | 1/26/22 | LATE CHARGE | 18.78 | | NONE INTERNAL | | 16,760.59 |
| 1/31/22 | 1/31/22 | INTEREST ACCRUAL | 268.42 | | NONE INTERNAL | | 16,760.59 |
| 1/31/22 | 1/31/22 | PAYMENT (Y) | 375.68 | ACI - AGENT - ACH | CUSTOMER PAYMENT | 898855660 | 16,653.33 |
| | | - ADV / PRIN BILLED | 107.26 | | | | |
| | | - INTEREST BILLED | 268.42 | | | | |
| 2/10/22 | 2/10/22 | INTEREST ACCRUAL | 59.27 | | NONE INTERNAL | | 16,653.33 |
| 2/10/22 | 2/10/22 | PAYMENT (Y) | 375.68 | ACI - AGENT - ACH | CUSTOMER PAYMENT | 898852904 | 16,336.92 |
| | | - INTEREST BILLED | 59.27 | | | | |
| | | - ADV / PRIN BILLED | 316.41 | | | | |
| 2/18/22 | 2/18/22 | BILL/DUE DATE | 375.68 | | NONE INTERNAL | | 16,336.92 |
| 2/26/22 | 2/26/22 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 16,336.92 |
| 3/3/22 | 2/28/22 | INTEREST ACCRUAL | 104.65 | | NONE INTERNAL | | 16,336.92 |
| 3/3/22 | 2/28/22 | ACCOUNT - ACCRUAL STOP | 0.00 | NONE | | UNDEFINED | 16,336.92 |
| 3/21/22 | 3/21/22 | BILL/DUE DATE | 375.68 | | NONE INTERNAL | | 16,336.92 |
| 3/26/22 | 3/26/22 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 16,336.92 |
| 4/20/22 | 4/20/22 | BILL/DUE DATE | 375.68 | | NONE INTERNAL | | 16,336.92 |

Jul 12, 2022 9:51 AM

| Post Dt | Txn Dt | Description | Amount | Mode | Reason | Reference | Balance Amt |
|---|---|---|---|---|---|---|---|
| 4/26/22 | 4/26/22 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 16,336.92 |
| 5/21/22 | 5/21/22 | BILL/DUE DATE | 375.68 | | NONE INTERNAL | | 16,336.92 |
| 5/26/22 | 5/26/22 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 16,336.92 |

Jul 12, 2022 9:51 AM

| Post Dt | Txn Dt | Description | Amount | Mode | Reason | Reference | Balance Amt |
|---|---|---|---|---|---|---|---|
| 5/26/22 | 5/26/22 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 16,336.92 |
| 6/20/22 | 6/20/22 | BILL/DUE DATE | 375.68 | | NONE INTERNAL | | 16,336.92 |
| 6/26/22 | 6/26/22 | LATE CHARGE | 0.00 | | NONE INTERNAL | | 16,336.92 |
| 6/30/22 | 6/30/22 | INTEREST ACCRUAL | 0.00 | | NONE INTERNAL | | 16,336.92 |
| 6/30/22 | 6/30/22 | LATE CHARGE - CHGOFF | 18.78 | | NONE INTERNAL | | 16,336.92 |
| 6/30/22 | 6/30/22 | INTEREST - CHGOFF | 104.65 | | NONE INTERNAL | | 16,336.92 |
| 6/30/22 | 6/30/22 | ADV / PRIN - CHGOFF | 16,336.92 | | NONE INTERNAL | | 0.00 |
| 6/30/22 | 6/30/22 | ACCOUNT - CHARGED OFF | 0.00 | | NONE INTERNAL | | 0.00 |

Jul 12, 2022 9:51 AM